**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                                  Case No. 8:22-bk-03675-CPM
                                                                                        Chapter 13
Cicely Renee Mason

      Debtor.
_____/

## TRUSTEE'S UNFAVORABLE RECOMMENDATION
## AND OBJECTIONS TO CONFIRMATION OF THE PLAN

TO: Clerk, United States Bankruptcy Court

1. The Debtor's Petition for Relief to Chapter 13 was filed on September 9, 2022.

2. <u>Trustee's Recommendation to the Court</u>. The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

3. It does not appear that the Debtor has dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1325(b)(1)(B).

    a. The Trustee hereby requests/has requested the following additional documents pursuant to the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases, to determine if the Debtor has dedicated all disposable income to the Plan:

        income tax return for 2022;
        complete tax returns for 2020 and 2021 within twenty-one (21) days;
        profit and loss statements for months of September 2022 – February 2023, by March 31, 2023.

    b. The Debtor must file an Amended Schedule J to show the correct amount for the following expenses: notary expense of zero from line 17c.

    c. The Debtor is paying for the following luxury items: 2020 Indian Motorcycle with no alleged equity.

    d. Debtor's Current Monthly Income **(Form 122C-2)** needs to be amended to:

        correct lines 16 & 23 because they are overstated;
        correct lines 13a – 13f and 33b&c because it should be limited to one vehicle per Debtor;
        correct line 21 to list $0 or provide proof to the Trustee of the expense;

correct line 13d because it is not reasonably necessary;
correct line 20 because it is not for Debtor's minor child.

e. Based on the Debtor's Forms 122C-1 and 122C-2, respectively, the unsecured creditors are not receiving sufficient funds.

f. Pursuant to the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases, Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return; including business returns if Debtor owns a business, together with all related W-2's and Form 1099's to the Trustee within 14 days of filing the return. Unless otherwise consented to by the Trustee or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments, beginning with the tax year <u>2022</u>. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without first having obtained the Trustee's written consent or court approval.**

4. The Plan violates 11 U.S.C. §1325(a)(4) because it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

a. The Trustee hereby requests/has requested the following additional documents pursuant to the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases, to determine if the Debtor has met the best interests of creditors test:

income tax return for 2022;
certified valuation of 2020 Indian Motorcycle.

b. The Debtor has not listed the following property on Schedule A/B #19: Debtor's business and its value.

5. An Amended Plan must be filed because:

a. The Plan fails to provide for assumption or rejection of a lease and/or contract.

6. It appears that this case is a business case and the Chapter 13 Trustee's office has and may further investigate the Debtor's business.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Florida Bar No. 722855
Staff Attorney for Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
Fax: (941) 750-9266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Unfavorable Recommendation and Objections to Confirmation of the Plan has been furnished electronically by CM/ECF services and/or by U.S. Mail to **Cicely Renee Mason**, Debtor, 13498 Marble Sands Ct, Hudson, FL 34669, **Ziona Kopelovich, Esquire**, Attorney for Debtor, c/o Debt Relief Law Offices of Tampa Bay, 5422 Trouble Creek Rd, New Port Richey, FL 34652 and the **U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602 on this 19th day of October 2022.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

JMW/MEC/ss